FILED ___ ENTERED
LODGED ___ RECEIVED
DEC 29 2000   KN
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

✓ FILED ___ ENTERED
___ LODGED ✓ RECEIVED
JAN - 2 2001
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

NETSPHERE, INC. a Michigan corporation

   Plaintiff,

v.

INTERNET ENTERTAINMENT GROUP, INC., a Delaware corporation,

   Defendant.

NO. C00-1975

ORDER OF DEFAULT

THIS MATTER came on duly for hearing upon plaintiffs' Motion for Order of Default. The Court has reviewed plaintiffs' motion and accompanying exhibits, and the files and records herein.

Being fully advised in the premises, the Court FINDS that:

1. Defendant Internet Entertainment Group, Inc. was properly served with the summons and complaint;

2. The above-named defendant has failed to file an answer or other responsive pleading, and that the time for doing so has expired, and that this Court is the proper venue for this case.

Now, therefore, it is ORDERED ADJUDGED AND DECREED that defendant Internet Entertainment Group, Inc. is in DEFAULT in the above-entitled action.

ORDER OF DEFAULT - 1

GLOSSER & KIM, PLLC
1402 THIRD AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98101
(206) 622-6562  FAX 622-6351

[/Order.Default.doc]

DONE IN OPEN COURT this 2 day of ~~December~~ January, ~~2000~~ 2001

*[signature]*
~~Judge~~ BR
Clerk

Presented by:
Glosser & Kim, PLLC

*[signature]*
Sara S. Kim, WSBA 25259
Attorney for Plaintiffs

ORDER OF DEFAULT - 2

GLOSSER & KIM, PLLC
1402 THIRD AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98101
(206) 622-6562  FAX 622-6351

[/Order.Default.doc]